respondent.

No. 609. MODER ET AL. v. UNITED STATES. January 16, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further herein *in forma pauperis*, denied. *Mr. Jesse C. Duke* for petitioners. No appearance for the United States.

No. 482. CORTLAND SPECIALTY CO. ET AL. v. COMMISSIONER OF INTERNAL REVENUE. January 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. M. Manning Marcus* and *F. E. Scott* for petitioners. *Solicitor General Thacher* for respondent.

No. 550. ADAMS v. HAGEROTT, ADMINISTRATOR. January 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Robert G. Dodge* and *Seiforde M. Stellwagen* for petitioner. *Mr. F. H. Stinchfield* for respondent.

No. 551. TRINITY METHODIST CHURCH SOUTH v. FEDERAL RADIO COMM'N. January 16, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Louis G. Caldwell* for petitioner. *Solicitor General Thacher,* and *Messrs. Whitney North Seymour, Wm. G. Davis,* and *Duke Patrick* for respondent.

Nos. 568 and 569. CANADIAN CLUB CORP. v. CANADA DRY GINGER ALE, INC. January 23, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the